No. 617.   HUGHES ET AL. *v.* GREAT AMERICAN INDEMNITY Co.   C. A. 5th Cir.   Certiorari denied.   *Benjamin C. King* for petitioners.

No. 626.   CENTRAL-ILLINOIS SECURITIES CORP. ET AL. *v.* BRICKLEY, TRUSTEE, ET AL.; and

No. 630.   EQUITY CORPORATION *v.* BRICKLEY, TRUSTEE, ET AL.   C. A. 1st Cir.   Certiorari denied.   *Morris L. Forer* for petitioners in No. 626.   *David Schenker* for petitioner in No. 630.   *Solicitor General Rankin, John F. Davis, Thomas G. Meeker, Aaron Levy* and *Robert S. Keebler* for the Securities and Exchange Commission, *Ganson Purcell* and *C. Roger Nelson* for the Board of Directors of International Hydro-Electric System, and *Henry J. Friendly* for Bunnen et al., respondents.

No. 629.   GREENFIELD ET AL. *v.* L. K. LAND CORP.   Court of Appeals of New York.   Certiorari denied.   *Harold L. Turk* for petitioners.   *David von G. Albrecht* for respondent.

No. 284, Misc.   McNAIR *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *William E. Owen* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 634.   MEYERS ET UX. *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *Ellsworth T. Simpson* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for the United States.